# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JACOB McCHESNEY,**
**individually and on behalf of all**
**others similarly situated**                                                       **PLAINTIFF**

**VS.**              **CASE NO. 4:17CV00824 PSH**

**HOLTGER BROS., INC.**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE